## ENGLISH *v.* HOGAN.

LUMPKIN, J. The only grounds contained in the motion for a new trial being that the verdict was contrary to law and evidence and not supported by the evidence, and there being sufficient evidence to support the verdict, there was no error in overruling the motion.

*Judgment affirmed. All the Justices concur.*

JUNE 14, 1911.

Complaint. Before Judge Meadow. Warren superior court. June 20, 1910.

*M. L. Felts,* for plaintiff in error. *L. D. McGregor,* contra.